## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SOLANGE CHADDA,** | : | |
| Plaintiff, | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 11-5339** |
| | : | |
| **TERRY MAGADY, ET. AL.,** | : | |
| Defendants. | : | |
| | : | |

### ORDER

**AND NOW**, this _____ day of December, 2011, upon consideration of Defendants' Motion to Dismiss Plaintiff's Complaint and Amended Complaint (Doc. 5, 10), **IT IS HEREBY ORDERED and DECREED** that Defendants' Motion is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction**.

**IT IS FURTHER ORDERED** that Defendant's Motion for Relief (Doc. 6) is **GRANTED** in part and **DENIED** in part. The Court shall restrict the injunction to the Eastern District of Pennsylvania only. Plaintiff and any entity acting on her behalf is therefore enjoined from filing any actions in the Eastern District of Pennsylvania including any further papers or actions pertaining to the Property and/or Defendants listed in this matter without first obtaining leave of this Court.

**IT IS FURTHER ORDERED**, as follows:

1. Plaintiff's Motion to Hire a Lawyer (Doc. 7) is **Denied** as **Moot**.

2. Plaintiff's Motion to Strike Defendant's Motion (Doc. 8) is **Denied** as **Moot**.

3. Plaintiff's Second Amended Complaint is **Stricken** from the record and will not be considered by this Court due to Plaintiff's failure to obtain leave of court under Fed. Rules of Civil Procedure 15 (a)(2).

4. Plaintiff's Motion to Have an Attorney (Doc. 12) is **Denied** because said motion is a duplicative of the above motion (Doc. 8).

**IT IS FURTHER ORDERED** that the Clerk of Court shall mark the case **CLOSED** for statistical purposes.

BY THE COURT:

/S/ Petrese B. Tucker

_____
Hon. Petrese B. Tucker, U.S.D.J.